
RECEIVED
IN MONROE, LA
FEB 1 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **CHARLES POLAND** | **CIVIL ACTION NO. 05-1536-M** |
| **VS.** | **SECTION P** |
| **FRANKLIN PARISH, ET AL.** | **JUDGE JAMES** |
| | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's successive Application for Writ of *Habeas Corpus* be and it is transferred to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §2244(b)(3) for further proceedings by that Court.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 10 day of February, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE